IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT LAMBERT                    :         CIVIL ACTION

vs.                              :

NCO FINANCIAL SYSTEMS, INC.      :         NO.   11-cv-0106-EL

**O R D E R**

AND NOW, this 31st day of March, 2011, in accordance with plaintiff's acceptance of defendant's offer of judgment, the Clerk of Court is directed to mark this action closed for statistical purposes, pending entry of judgment. Counsel are directed to submit a form of order, which includes costs and attorney's fees, by Friday, April 8, 2011.

BY THE COURT:

 /s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.